IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No.  2:21-cr-178 |
| JAMES PAMPLIN, JR. | (18 U.S.C. § 401(3)) |

## INFORMATION

### COUNT ONE

The United States Attorney charges:

In and around November 2020, in the Western District of Pennsylvania, the defendant, JAMES PAMPLIN, JR., did willfully and knowingly disobey a lawful order and command of a Court of the United States, that is, the order by the Honorable Lisa Pupo Lenihan, United States Magistrate Judge, on or about February 4, 2016, that the defendant, JAMES PAMPLIN, JR., report as soon as possible to his pretrial services officer or the supervising officer any contact with law enforcement personnel; to wit, JAMES PAMPLIN, JR., was arrested on November 20, 2020, and did not report said arrest to his pretrial services officer nor to the supervising officer.

In violation of Title 18, United States Code, Section 401(3).

STEPHEN R. KAUFMAN
Acting United States Attorney
PA Bar No. 42108